AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GRACE F. ADERINTO,

       Plaintiff,

           v.

PACER,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-074-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's Amended Complaint (Ct. Rec. 23) and the claims therein asserted by the Plaintiff are DISMISSED without prejudice and without leave to amend. File closed.

June 1, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer